# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE CHIP MACHINING, INC., a Tennessee Corporation, | CASE NO. 2:25-cv-03167-RGK (ASx) |
| Plaintiff, | Assigned to Hon. R. Gary Klausner<br>Mag. Judge: Alka Sagar |
| v. | **[PROPOSED] ORDER GRANTING JOINT STIPULATION TO MODIFY SCHEDULING ORDER** |
| SCOTT MEMMER d/b/a CHARMED LIFE PICKS, a California Individual and Sole Proprietorship, | |
| Defendants. | Complaint Filed: April 10, 2025 |
| AND RELATED COUNTERCLAIMS. | |

[PROPOSED] ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER

## [PROPOSED] ORDER

The Court, having considered the Parties' Joint Stipulation to Extend Deadlines, and finding good cause therefore, hereby GRANTS the request.

The Court ORDERS as follows:

Discovery deadlines are hereby extended by 90 days, as follows, with trial and pretrial deadlines adjusted accordingly:

| Deadline | Current Date | Extended Date |
|---|---|---|
| Discovery Cutoff | March 2, 2026 | June 1, 2026 |
| Motion Cutoff Date | March 6, 2026 | June 4, 2026 |
| Pretrial Conference | April 20, 2026 | July 20, 2026 or the Court's convenience |
| Jury Trial | May 5, 2026 | August 3, 2026 or the Court's convenience |

**IT IS SO ORDERED.**

Dated: _____, 2026     _____

Honorable R. Gary Klausner

CASE NO.  2:25-cv-03167-RGK (ASx)
[PROPOSED] ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER