Colin W. Fraser (SBN CA 266867)
frasercw@gtlaw.com
GREENBERG TRAURIG, LLP
18565 Jamboree Road, Suite 500
Irvine, California 92612
Tel: 949.732.6500

Bethany Rabe (SBN CA 270682)
rabeb@gtlaw.com
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Tel: 702.792.3773

Jacob G. Horton (*Pro Hac Vice*)
jhorton@blanchard-patent.com
BLANCHARD HORTON, PLLC
40 New York Avenue
Post Office Box 567
Oakridge, Tennessee 37831
Tel: 865.369.2673

Attorneys for Plaintiff
BLUE CHIP MACHINING, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE CHIP MACHINING, INC., a Tennessee Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>SCOTT MEMMER d/b/a CHARMED LIFE PICKS, a California Individual and Sole Proprietorship, and CHARMED LIFE GUITAR PICKS & ACCESSORIES, INC., a California Corporation,<br><br>        Defendants.<br><br>─────────────────────────<br>AND RELATED COUNTERCLAIMS. | CASE NO.  2:25-cv-03167-RGK (ASx)<br><br>Assigned to Hon. R. Gary Klausner<br>Mag. Judge: Alka Sagar<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF BLUE CHIP MACHINING, INC.'S MOTION FOR ENTRY OF JUDGMENT, PERMANENT INJUNCTION**<br><br>Date:  July 20, 2026<br>Time: 9:00 a.m.<br>Crt. Rm.: 850<br><br>Complaint Filed: April 10, 2025 |

## **PROPOSED] ORDER**

Before the Court is Plaintiff Blue Chip Machining, Inc.'s (Blue Chip) Motion in Having considered the papers, arguments, and record in this case, the Court finds good cause for the relief sought and hereby **GRANTS** Blue Chip's Motion

The Court **ORDERS** as follows:

1. The Motion is GRANTED.

2. Final judgment is ENTERED in favor of Plaintiff Blue Chip Machining, Inc. and against Defendants Scott Memmer d/b/a Charmed Life Picks and Charmed Life Guitar Picks & Accessories, Inc. on all four causes of action asserted in the Second Amended Complaint and all nine causes of action asserted in the Amended Counterclaim;

3. The permanent injunction set forth in this Court's April 9, 2026 Order, ECF 122, remains in effect.  Defendants, within fourteen (14) days of entry of judgment, must remove from the website www.charmedlifepicks.com all content marketing, depicting, or offering for sale polyimide guitar picks bearing the Brown Mark, the Brown-Gold Mark, or any colorable imitation thereof, and file a declaration of compliance with the Court;

4. Plaintiff is awarded damages equal to Defendants' profits, based upon the gross revenues established for the years 2016–2025, with adverse inferences drawn for years 2018 and 2025, totaling $227,530;

5. The Court has determined that this case is "exceptional" within the meaning of the Lanham Act, 15 U.S.C. 1117. Plaintiff must file any motion for attorneys' fees within 14 days of the entry of this order.

6. The Magistrate Judge is directed to issue a Report and Recommendation on the civil contempt and monetary sanctions portions of Plaintiff's Amended Motion for Sanctions and Contempt (ECF No. 100), and I reserve jurisdiction to incorporate any resulting contempt award into the final judgment entered herein.

**IT IS SO ORDERED.**

Dated: _____, 2026          _____
                                   Honorable R. Gary Klausner

CASE NO.  2:25-cv-03167-RGK (ASx)
[PROPOSED] ORDER