# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

BLUE CHIP MACHINING INC.

PLAINTIFF(S)

v.

SCOTT MEMMER , et al.

DEFENDANT(S).

CASE NUMBER:

2:25−cv−03167−RGK−AS

**ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)**

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Court's Local Rules, General Orders, and/or Case Management Order, as indicated:

 06/15/2026  /  128  / MOTION for Judgment , Permanent Injunction, and Finding of Exceptional Case

*Date Filed*    *Doc. No.*    *Title of Document*

__    / __    / __

*Date Filed*    *Doc. No.*    *Title of Document*

Other:
Motion lacks meet and confer certification in violation of L.R. 7−3.

Dated: June 16, 2026     By: /s/ R. Gary Klausner
                              U.S. District Judge

G−106 (6/12)    ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–106 (6/12)        ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENT(S)