Colin W. Fraser (SBN CA 266867)
frasercw@gtlaw.com
GREENBERG TRAURIG, LLP
18565 Jamboree Road, Suite 500
Irvine, California 92612
Tel: 949.732.6500

Bethany Rabe (SBN CA 270682)
rabeb@gtlaw.com
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Tel: 702.792.3773

Jacob G. Horton (*Pro Hac Vice*)
jhorton@blanchard-patent.com
BLANCHARD HORTON, PLLC
40 New York Avenue
Post Office Box 567
Oak Ridge, Tennessee 37831
Tel: 865.369.2673

Attorneys for Plaintiff
BLUE CHIP MACHINING, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE CHIP MACHINING, INC., a Tennessee Corporation,<br><br>        Plaintiff,<br><br>v.<br><br>SCOTT MEMMER d/b/a CHARMED LIFE PICKS, a California Individual and Sole Proprietorship, and CHARMED LIFE GUITAR PICKS & ACCESSORIES, INC., a California Corporation,<br><br>        Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO.  2:25-cv-03167-RGK (ASx)<br><br>Assigned to Hon. R. Gary Klausner<br>Mag. Judge: Alka Sagar<br><br>**DECLARATION OF JACOB G. HORTON IN SUPPORT OF BLUE CHIP MACHINING, INC.'S MOTION FOR ENTRY OF JUDGMENT, PERMANENT INJUNCTION, AND FINDING OF EXCEPTIONAL CASE**<br><br>Hearing Date: August 10, 2026<br>Time: 9:00 a.m.<br>Crt. Rm: 850<br><br>Complaint Filed: April 10, 2025 |

## DECLARATION OF JACOB G. HORTON

I, Jacob G. Horton, declare as follows:

1. I have personal knowledge of the matters set forth herein and, if called to testify, could and would testify competently thereto under oath.

2. I am an attorney licensed to practice in the State of Tennessee, and lead counsel of record for Plaintiff Blue Chip Machining, Inc. ("Blue Chip") in the above-captioned matter.

3. I make this Declaration in support of Blue Chip's Motion for Entry of Judgment, Permanent Injunction, and Finding of Exceptional Case filed contemporaneously herewith.

4. Defendants Scott Memmer ("Memmer") and Charmed Life Guitar Picks & Accessories, Inc. ("Charmed Life Inc.") (collectively, "Defendants") operate a commercial website at www.charmedlifepicks.com through which they have marketed, offered for sale, and, on information and belief, sold infringing polyimide guitar picks (the "Accused Products") bearing the Brown Mark and Brown-Gold Mark owned by Plaintiff.

5. On April 9, 2026, this Court entered an Order granting summary judgment to Blue Chip and entering a permanent injunction prohibiting Defendants from continuing to sell or offer for sell the Accused Products. (Dkt. 122.)

6. Attached hereto as **Exhibit 1** is a true and correct copy of the "Sales" page of the www.charmedlife.com website, captured on April 14, 2026.

7. As shown in **Exhibit 1**, as of April 14, 2026, each of the Accused Products was associated with a green, active "Add to Cart" button, indicating that the Accused Products were still available for purchase through the website. However, near the top of the page, a statement appeared stating, "Thanks for your patience while we work on our site!"

8. Attached hereto as **Exhibit 2** is a true and correct copy of a screen capture taken from a mobile device of the www.charmedlife.com "Home" page on April 21, 2026.

9. As shown in **Exhibit 2**, as of April 21, 2026, the www.charmedlife.com

website was revised to include a statement on the Home page: "We're Sorry -- We Have Too Many Orders & Have Closed our Online Store Till May 1st."

10. On information and belief, as of April 21, 2026, the Accused Products were each listed as "out of stock" on the www.charmedlifepicks.com website "Sales" page.

11. By May 6, 2026, the www.charmedlifepicks.com website was revised again to indicate that the Accused Products were once again available for purchase.

12. Attached hereto as **Exhibit 3** is a true and correct copy of a screen capture of the www.charmedlife.com website taken on June 15, 2026.

13. As shown in the attached **Exhibit 3**, as of June 15, 2026, the statement appearing on the home page of the www.charmedlifepicks.com website, "We're Sorry -- We Have Too Many Orders & Have Closed our Online Store Till May 1st," has been replaced with a new statement that reads, "Store is Open."

14. Likewise, the statement appearing on the "Sales" page of the www.charmedlifepicks.com website reading, "Thanks for your patience while we work on our site!" has now been replaced with a new statement that reads, "Store is Open."

15. Each of the Accused Products shown on the "Sales" page is now once again associated with a green, active "Add to Cart" button, indicating that the Accused Products are once again available for purchase on the website.

16. Attached hereto as **Exhibit 4** is a true and correct copy of Defendant Memmer's Schedule C (Profit or Loss from Business) tax returns for the years 2019-2024, produced in discovery as Memmer Production Documents CLP000857-CLP000862.

## L.R. 7-3 Meet and Confer Certification

17. On June 22, 2026, I met and conferred with Defendant Memmer via video conference to discuss the issues set forth in Blue Chip's Motion for Entry of Judgment, Permanent Injunction, and Finding of Exceptional Case filed contemporaneously herewith.

18. During the June 22, 2026 meet and confer conference, Mr. Memmer and I discussed whether Mr. Memmer would consent to entry of judgment in this case.  Mr.

DECLARATION OF JACOB G. HORTON IN SUPPORT OF PLAINTIFF'S MOTION

Memmer indicated that he would not consent to entry of judgment. Specifically, Mr. Memmer stated that he did not believe damages should be calculated based on Defendants' gross revenue from sales of the Accused Products. I explained that, per the Court's April 9, 2026 Order granting summary judgment, it is Plaintiff's burden to prove Defendants' gross revenues, and Defendants' bear the burden of proving any deductions based on the documents produced in support of Defendants' statement of accounting. It is Plaintiff's position that Defendants have not provided any documents which would support any deductions to the gross revenue amounts set forth in Defendants' statement of accounting.

19.    During the June 22, 2026 meet and confer conference, Mr. Memmer and I discussed whether Mr. Memmer agreed with Plaintiff's calculation of damages as set forth in Blue Chip's Motion for Entry of Judgment, Permanent Injunction, and Finding of Exceptional Case filed herewith. Mr. Memmer indicated that he did not agree with Plaintiff's calculation of damages and that he intended to present responsive arguments to Plaintiff's motion.

20.    During the June 22, 2026 meet and confer conference, Mr. Memmer informed me that he had made some additional changes to his website that morning, introducing a new product line of polyimide guitar picks. A true and correct copy of a screen capture of the www.charmedlifepicks.com website taken June 22, 2026 is attached hereto as **Exhibit 5**.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 29th day of June, 2026 at Oak Ridge, Tennessee.

Jacob G. Horton, Esq.

# Exhibit 1

www.charmedlife.com website "Sales" page

April 14, 2026

DECLARATION OF JACOB G. HORTON IN SUPPORT OF PLAINTIFF'S MOTION

READ OUR REVIEW IN ACOUSTIC GUITAR MAG!



Free Shipping on Every Order, Every Day of the Year.



# Charmed Life Picks



proudly handcrafted in the USA

Cart 0

home    about us    shop    reviews    contact    Vespel Gauntlet    TruGr

Thanks for your patience while we work on our site!    Thanks for your patience while we

**there's a new sheriff in town, folks,
and we're throwing down the _gauntlet_.**

**introducing charmed life _gauntlet series_ --
engineered and fabricated for the most discriminating players**







| .75 mm gauntlet teardrop or triangle | Gauntlet 1.0 mm teardrop | 1.0 mm gauntlet large triangle |
|---|---|---|
| $100.00 | $100.00 | $100.00 |
| Add to Cart | Add to Cart | Add to Cart |

## NEW! TruGrass -- "more bang, less bucks!"

(half the price of other boutique brands)







| TruGrass .75 mm teardrop two-pack | TruGrass 1.0 mm teardrop two-pack | 1.25 mm TruGrass Tri Two-Pack |
|---|---|---|
| ~~$45.00~~ $39.95 | ~~$45.00~~ $39.95 | ~~$45.00~~ $39.95 |







1.60 mm TruGrass Tri Two-Pack

~~$45.00~~ $39.95

Add to Cart

TruGrass .75 mm Triangles two-pack

~~$45.00~~ $39.95

Add to Cart

TruGrass 1.0 mm Triangles two-pack

~~$45.00~~ $39.95

Add to Cart

## thin high-performance casein



#1 seller



#2 seller!



popular



nf-75ss -- thinnest high-performance casein teardrop in the industry

$45.00

Add to Cart

nfb-75ss -- the thinnest high-performance casein teardrop in the industry

$50.00

Add to Cart

ifr-1.50 mm Inlaid Teardrop in Cabernet Casein

$99.00

Add to Cart

2.0 mm Inlaid Iridescent Cabernet Casein Triangle

$99.00

Add to Cart

## aerospace thermoplastics

legendary aerospace polyimide

*sea turtle rescue models includes $10 donation*



BLOWOUT!







1.50 mm Mandolin Pick (Clean Blem)

~~$40.00~~ $29.95

Add to Cart

clt-1.50 mm polyimide tri

$40.00

Add to Cart

clf-75 mm polyimide teardrop

$40.00

Add to Cart





Sea Turtle 1.0 mm polyimide teardrop

$50.00

Add to Cart

Sea Turtle Fundraiser 1.0 mm Polyimide Triangle

$50.00

Add to Cart



1.0 mm and 1.15 mm polyimide 351 teardrop

$40.00

Add to Cart

clt-75ss polyimide

$40.00

Add to Cart

clt-90 polyimide tri

$40.00

Add to Cart



st-1.15 mm cerulean casein teardrop

$50.00

Add to Cart

st-1.40 mm cerulean casein triangle

$50.00

Out of Stock

## charmed life blonde ketone aerospace polymer



.75 mm & 1.0 mm blonde aerospace teardrop

$40.00

Add to Cart



.75 mm, 1.0 mm & 1.50 mm blonde aerospace triangle

$40.00

Add to Cart

## charmed life black aerospace polymer

*sleek, quick, a smooth bite*



black aerospace .75 & 1.0 mm

$40.00

Add to Cart



black aerospace 1.0 & 1.40 mm

$40.00

Add to Cart

## Cabernet Casein w Shamrock



**1.15 mm cabernet casein teardrop -- Industry Exclusive Material!**

**$50.00**

Add to Cart

**1.15 mm cabernet casein lg triangle -- Industry Exclusive Material**

**$50.00**

Add to Cart

**1.0 mm cabernet casein small triangle**

**$50.00**

Add to Cart



artisan flame casein 1.15 & 1.50 teardrop

$45.00

Out of Stock



artisan flame casein 1.15 mm triangle

$45.00

Out of Stock



artisan flame casein 1.50 mm triangle

$45.00

Out of Stock

## SUBSCRIBE

Be the First Notified for Sales, Discounts, New Products!

Email *

Subscribe

**CharmedLifePicks@Gmail.com**

**artisan flame casein**

*smooth, warm, quiet, balanced*

# Exhibit 2

www.charmedlife.com website "Home" page
April 21, 2026

CASE NO.  2:25-cv-03167-RGK (ASx)
DECLARATION OF JACOB G. HORTON IN SUPPORT OF PLAINTIFF'S MOTION



# Charmed Life Picks

**proudly handcrafted in the USA**

## Free Shipping on Every Order, Every Day of the Year.

Cart 0

We're Sorry -- We Have Too Many Orders & Have Closed our Online Store Till May 1st.

Read Our Review in Acoustic Guitar Mag!

# Exhibit 3
www.charmedlife.com website "Sales" page
June 15, 2026

CASE NO.  2:25-cv-03167-RGK (ASx)
DECLARATION OF JACOB G. HORTON IN SUPPORT OF PLAINTIFF'S MOTION




# Charmed Life Picks


proudly handcrafted in the USA

Free Shipping on Every Order, Every Day of the Year.

READ OUR REVIEW IN ACOUSTIC GUITAR MAG!



🛒 Cart 0

home      about us      shop      reviews      contact      Vespel Gauntlet      TruGr

**Store is Open**

### there's a new sheriff in town, folks, and we're throwing down the *gauntlet*.

## introducing charmed life *gauntlet series* -- engineered and fabricated for the most discriminating players







.75 mm gauntlet triangle or teardrop (not pictured)

$100.00

Add to Cart

1.0 mm or 1.15 mm gauntlet standard teardrop

$100.00

Add to Cart

1.0 mm & 1.15 mm gauntlet large triangle

$100.00

Add to Cart

## NEW! TruGrass -- "more bang, less bucks!"

(half the price of other boutique brands)







TruGrass .75 mm teardrop two-pack

~~$45.00~~ $39.95

1.0 mm or 1.25 mm teardrop two-pack

~~$45.00~~ $39.95

TruGrass .75 mm Triangles two-pack

~~$45.00~~ $39.95

Add to Cart     Add to Cart     Add to Cart

  

Quick View

TruGrass 1.0 mm Triangles two-pack

~~$45.00~~ $39.95

1.25 mm TruGrass Tri Two-Pack

~~$45.00~~ $39.95

choose 1.40 mm or 1.60 mm thickness TruGrass Tris

~~$45.00~~ $39.95

Add to Cart     Add to Cart     Add to Cart

## thin high-performance casein

   

nf-75ss -- thinnest high-performance casein teardrop in the industry

$45.00

nfb-75ss -- the thinnest high-performance casein teardrop in the industry

$50.00

ifr-1.50 mm Inlaid Teardrop in Cabernet Casein

$99.00

2.0 mm Inlaid Iridescent Cabernet Casein Triangle

$99.00

Add to Cart     Add to Cart     Add to Cart     Add to Cart

## aerospace thermoplastics

legendary aerospace polyimide

*sea turtle rescue models
includes $10 donation*

  

 

1.50 mm Mandolin Pick (Clean Blem)

~~$40.00~~ $29.95

clt-1.50 mm polyimide tri

$40.00

clf-75 mm polyimide teardrop

$40.00

Sea Turtle 1.0 mm polyimide teardrop

$50.00

Sea Turtle Fundraiser 1.0 mm Polyimide Triangle

$50.00

Add to Cart     Out of Stock     Add to Cart





1.0 mm and 1.15 mm polyimide 351 teardrop

$40.00

clt-75ss polyimide

$40.00

clt-90 polyimide tri

$40.00

Add to Cart

Add to Cart

Add to Cart

Add to Cart

Add to Cart




st-1.15 mm cerulean casein teardrop

$50.00

st-1.40 mm cerulean casein triangle

$50.00

Add to Cart

Add to Cart

## charmed life blonde ketone aerospace polymer




.75 mm & 1.0 mm blonde aerospace teardrop

$40.00

.75 mm, 1.0 mm & 1.50 mm blonde aerospace triangle

$40.00

Add to Cart

Add to Cart

## Cabernet Casein w Shamrock





**1.15 mm cabernet casein teardrop -- Industry Exclusive Material!**

**$50.00**

**1.15 mm cabernet casein lg triangle -- Industry Exclusive Material**

**$50.00**

**1.0 mm cabernet casein small triangle**

**$50.00**

Out of Stock

Out of Stock

Out of Stock

## charmed life black aerospace polymer

*sleek, quick, a smooth bite*




black aerospace .75 & 1.0 mm

$40.00

black aerospace 1.0 & 1.40 mm

$40.00

Add to Cart

Add to Cart

artisan flame casein 1.15 & 1.50 teardrop

$45.00

artisan flame casein 1.15 mm triangle

$45.00

artisan flame casein 1.50 mm triangle

$45.00

Out of Stock

Out of Stock

Out of Stock

## SUBSCRIBE

Be the First Notified for Sales, Discounts, New Products!

Email *

Subscribe

CharmedLifePicks@Gmail.com

**artisan flame casein**

*smooth, warm, quiet, balanced*

# Exhibit 4

Memmer Production Docs. CLP000857-CLP000862

CASE NO.  2:25-cv-03167-RGK (ASx)

DECLARATION OF JACOB G. HORTON IN SUPPORT OF PLAINTIFF'S MOTION

# SCHEDULE C
## (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

# Profit or Loss From Business
### (Sole Proprietorship)

▶ Go to www.irs.gov/ScheduleC for instructions and the latest information.
▶ Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships must generally file Form 1065.

OMB No. 1545-0074

**2021**

Attachment
Sequence No. **09**

| Name of proprietor | Social security number (SSN) |
|---|---|
| Scott Memmer | |

**A** Principal business or profession, including product or service (see instructions)
Music Accessory Manufacturing

**B** Enter code from instructions
▶ 3 2 6 1 0 0

**C** Business name. If no separate business name, leave blank.
Charmed Life Guitar Picks

**D** Employer ID number (EIN) (see instr.)

**E** Business address (including suite or room no.) ▶ 10250 Eldora Avenue
City, town or post office, state, and ZIP code    Sunland, CA 91040

**F** Accounting method: **(1)** ☒ Cash  **(2)** ☐ Accrual  **(3)** ☐ Other (specify) ▶

**G** Did you "materially participate" in the operation of this business during 2021? If "No," see instructions for limit on losses . ☒ Yes ☐ No

**H** If you started or acquired this business during 2021, check here . . . . . . . . . . . . ▶ ☐

**I** Did you make any payments in 2021 that would require you to file Form(s) 1099? See instructions . . . . . . . . ☐ Yes ☒ No

**J** If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

## Part I    Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . . ▶ ☐ | 1 | 14,105. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . . . . | 3 | 14,105. |
| 4 | Cost of goods sold (from line 42) . . . . . . . . . . . . . . . . . . . . . | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . . . . | 5 | 14,105. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . . | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . . . ▶ | 7 | 14,105. |

## Part II    Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising . . . . . | 8 | | 18 | Office expense (see instructions) . | 18 | |
| 9 | Car and truck expenses (see instructions) . . . . | 9 | | 19 | Pension and profit-sharing plans . | 19 | |
| 10 | Commissions and fees . | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion . . . . . | 12 | | b | Other business property . . . | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . | 13 | | 21 | Repairs and maintenance . . . | 21 | |
| | | | | 22 | Supplies (not included in Part III) . | 22 | |
| | | | | 23 | Taxes and licenses . . . . . | 23 | |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) . | 14 | | a | Travel . . . . . . . . | 24a | |
| 15 | Insurance (other than health) | 15 | | b | Deductible meals (see instructions) . . . . . . . | 24b | |
| 16 | Interest (see instructions): | | | 25 | Utilities . . . . . . . . | 25 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) | 26 | |
| b | Other . . . . . . | 16b | | 27a | Other expenses (from line 48) . . | 27a | 25,627. |
| 17 | Legal and professional services | 17 | | b | **Reserved for future use** . . . | 27b | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a . . . . . . ▶ | 28 | 25,627. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . | 29 | -11,522. |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions. **Simplified method filers only:** Enter the total square footage of (a) your home: _____ and (b) the part of your home used for business: _____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . . . . . . | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** • If a loss, you **must** go to line 32. | 31 | -11,522. |

**32** If you have a loss, check the box that describes your investment in this activity. See instructions.

• If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.**

• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

**32a** ☒ All investment is at risk.
**32b** ☐ Some investment is not at risk.

HIGHLY CONFIDENTIAL – PRIVACY RIGHTS
CLP-000057
CLP-000001

**For Paperwork Reduction Act Notice, see the separate instructions.**    BAA    REV 09/09/22 TTW    Schedule C (Form 1040) 2021

| SCHEDULE C (Form 1040) | **Profit or Loss From Business** (Sole Proprietorship) | OMB No. 1545-0074 |
|---|---|---|
| Department of the Treasury Internal Revenue Service | Go to *www.irs.gov/ScheduleC* for instructions and the latest information. Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships must generally file Form 1065. | **2022** Attachment Sequence No. **09** |

**Name of proprietor** Scott Memmer

**Social security number (SSN)** ███████

**A** Principal business or profession, including product or service (see instructions)
Music Accessory Manufacturing

**B** Enter code from instructions  3 2 6 1 0 0

**C** Business name. If no separate business name, leave blank.
Charmed Life Guitar Picks

**D** Employer ID number (EIN) (see instr.)

**E** Business address (including suite or room no.) ▸ 10250 Eldora Avenue
City, town or post office, state, and ZIP code ▸ Sunland, CA 91040

**F** Accounting method: **(1)** ☒ Cash  **(2)** ☐ Accrual  **(3)** ☐ Other (specify) _____

**G** Did you "materially participate" in the operation of this business during 2022? If "No," see instructions for limit on losses . ☒ Yes ☐ No

**H** If you started or acquired this business during 2022, check here . . . . . . . . ☐

**I** Did you make any payments in 2022 that would require you to file Form(s) 1099? See instructions . . . . . . . . ☐ Yes ☒ No

**J** If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . ☐ Yes ☐ No

**Part I** **Income**

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . . ☐ | 1 | 22,000. |
| 2 | Returns and allowances . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . | 3 | 22,000. |
| 4 | Cost of goods sold (from line 42) . . . . | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . | 5 | 22,000. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . . | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . | 7 | 22,000. |

**Part II** **Expenses.** Enter expenses for business use of your home **only** on line 30.

| | | | | | | |
|---|---|---|---|---|---|---|
| 8 | Advertising . . . . . | 8 | | 18 | Office expense (see instructions) . | 18 | |
| 9 | Car and truck expenses (see instructions) . . . | 9 | | 19 | Pension and profit-sharing plans . | 19 | |
| 10 | Commissions and fees . | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion . . . . . | 12 | | b | Other business property . . . | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . | 13 | | 21 | Repairs and maintenance . . . | 21 | |
| | | | | 22 | Supplies (not included in Part III) . | 22 | |
| | | | | 23 | Taxes and licenses . . . . . | 23 | |
| 14 | Employee benefit programs (other than on line 19) . | 14 | | 24 | Travel and meals: | | |
| | | | | a | Travel . . . . . . . . . | 24a | |
| 15 | Insurance (other than health) | 15 | | b | Deductible meals (see instructions) . . . . . | 24b | |
| 16 | Interest (see instructions): | | | 25 | Utilities . . . . . . . . . | 25 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) | 26 | |
| b | Other . . . . . . | 16b | | 27a | Other expenses (from line 48) . . | 27a | 42,562. |
| 17 | Legal and professional services | 17 | | b | **Reserved for future use** . . . | 27b | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a . . . . . . . | 28 | 42,562. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . | 29 | -20,562. |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions. **Simplified method filers only:** Enter the total square footage of (a) your home: _____ and (b) the part of your home used for business: _____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . . . . . | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions.) Estates and trusts, enter on **Form 1041, line 3.** • If a loss, you **must** go to line 32. | 31 | -20,562. |

**32** If you have a loss, check the box that describes your investment in this activity. See instructions.

• If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.**

• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

**32a** ☒ All investment is at risk.
**32b** ☐ Some investment is not at risk.

HIGHLY CONFIDENTIAL - PRIVACY RIGHTS

CLP-000858

CLP-000001

**For Paperwork Reduction Act Notice, see the separate instructions.**   BAA   REV 03/18/23 TTW   **Schedule C (Form 1040) 2022**

# SCHEDULE C
## (Form 1040)

Department of the Treasury
Internal Revenue Service

# Profit or Loss From Business
### (Sole Proprietorship)

**Attach to Form 1040, 1040-SR, 1040-SS, 1040-NR, or 1041; partnerships must generally file Form 1065.**

**Go to** *www.irs.gov/ScheduleC* **for instructions and the latest information.**

OMB No. 1545-0074

**2024**

Attachment
Sequence No. **09**

| Name of proprietor | Social security number (SSN) |
|---|---|
| Scott Memmer | ▓▓▓▓▓▓▓ |

**A** Principal business or profession, including product or service (see instructions)

Music Accessory Manufacturer

**B** Enter code from instructions: 7 1 1 5 0 1

**C** Business name. If no separate business name, leave blank.

Charmed Life Guitar Picks

**D** Employer ID number (EIN) (see instr.)

**E** Business address (including suite or room no.) ▸ 10250 Eldora Avenue

City, town or post office, state, and ZIP code ▸ Sunland, CA 91040

**F** Accounting method: **(1)** ☒ Cash **(2)** ☐ Accrual **(3)** ☐ Other (specify) _____

**G** Did you "materially participate" in the operation of this business during 2024? If "No," see instructions for limit on losses . ☒ Yes ☐ No

**H** If you started or acquired this business during 2024, check here . . . . . . . . . ☐

**I** Did you make any payments in 2024 that would require you to file Form(s) 1099? See instructions . . . . . . . ☐ Yes ☒ No

**J** If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . ☐ Yes ☐ No

## Part I   Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . ☐ | 1 | 36,062. |
| 2 | Returns and allowances . . . . . . . . . . . . . . . . . . . . . . | 2 | |
| 3 | Subtract line 2 from line 1 . . . . . . . . . . . . . . . . . . . . | 3 | 36,062. |
| 4 | Cost of goods sold (from line 42) . . . . . . . . . . . . . . . . . | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 . . . . . . . . . . . . . . . | 5 | 36,062. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . . | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 . . . . . . . . . . . . . . . . . ▸ | 7 | 36,062. |

## Part II   Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising . . . . . | 8 | | 18 | Office expense (see instructions) . | 18 | |
| 9 | Car and truck expenses (see instructions) . . . | 9 | | 19 | Pension and profit-sharing plans . | 19 | |
| 10 | Commissions and fees . | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion . . . . . | 12 | | b | Other business property . . . | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) . . . . | 13 | | 21 | Repairs and maintenance . . . | 21 | |
| | | | | 22 | Supplies (not included in Part III) . | 22 | |
| | | | | 23 | Taxes and licenses . . . . . | 23 | |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) . | 14 | | a | Travel . . . . . . . . . | 24a | |
| 15 | Insurance (other than health) | 15 | | b | Deductible meals (see instructions) | 24b | |
| 16 | Interest (see instructions): | | | 25 | Utilities . . . . . . . . | 25 | 1,250. |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) . | 26 | |
| b | Other . . . . . . | 16b | | 27a | Other expenses (from line 48) . . | 27a | 41,922. |
| 17 | Legal and professional services | 17 | 120. | b | Energy efficient commercial bldgs deduction (attach Form 7205) . . | 27b | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27b . . . . . . . ▸ | 28 | 43,292. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . | 29 | -7,230. |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions. **Simplified method filers only:** Enter the total square footage of (a) your home: _____ and (b) the part of your home used for business: _____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . . . . . . | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. • If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions.) Estates and trusts, enter on **Form 1041, line 3.** • If a loss, you **must** go to line 32. | 31 | -7,230. |
| 32 | If you have a loss, check the box that describes your investment in this activity. See instructions. • If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.** • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | 32a ☒ All investment is at risk. 32b ☐ Some investment is not at risk. | |

HIGHLY CONFIDENTIAL PRIVACY RIGHTS

CLP000859    CLP000001

**For Paperwork Reduction Act Notice, see the separate instructions.**    BAA    REV 05/23/25 TTW    **Schedule C (Form 1040) 2024**

# SCHEDULE C
## (Form 1040)

Department of the Treasury
Internal Revenue Service

# Profit or Loss From Business
### (Sole Proprietorship)

Attach to Form 1040, 1040-SR, 1040-SS, 1040-NR, or 1041; partnerships must generally file Form 1065.

Go to *www.irs.gov/ScheduleC* for instructions and the latest information.

OMB No. 1545-0074

**2023**

Attachment Sequence No. **09**

| Name of proprietor | Social security number (SSN) |
|---|---|
| Scott Memmer | [redacted] |

**A** Principal business or profession, including product or service (see instructions)
Music Accessory Manufacturer

**B** Enter code from instructions
7 1 1 5 0 1

**C** Business name. If no separate business name, leave blank.
Charmed Life Guitar Picks

**D** Employer ID number (EIN) (see instr.)

**E** Business address (including suite or room no.) ▶ 10250 Eldora Avenue
City, town or post office, state, and ZIP code ▶ Sunland, CA 91040

**F** Accounting method: **(1)** ☒ Cash **(2)** ☐ Accrual **(3)** ☐ Other (specify) _____

**G** Did you "materially participate" in the operation of this business during 2023? If "No," see instructions for limit on losses . ☒ Yes ☐ No

**H** If you started or acquired this business during 2023, check here . . . . . . . . . . ▶ ☐

**I** Did you make any payments in 2023 that would require you to file Form(s) 1099? See instructions . . . . . . . . . ☐ Yes ☒ No

**J** If "Yes," did you or will you file required Form(s) 1099? . . . . . . . . . . . . . . . . ☐ Yes ☐ No

## Part I   Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked . . . . . . . . ☐ | 1 | 26,220. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 26,220. |
| 4 | Cost of goods sold (from line 42) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 26,220. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) . . . . | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 | 7 | 26,220. |

## Part II   Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---:|
| 8 | Advertising | 8 | | 18 | Office expense (see instructions) | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b | Other business property | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 21 | Repairs and maintenance | 21 | |
| | | | | 22 | Supplies (not included in Part III) | 22 | |
| | | | | 23 | Taxes and licenses | 23 | |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | a | Travel | 24a | |
| 15 | Insurance (other than health) | 15 | | b | Deductible meals (see instructions) | 24b | |
| 16 | Interest (see instructions): | | | 25 | Utilities | 25 | |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) | 26 | |
| b | Other | 16b | | 27a | Other expenses (from line 48) | 27a | 33,919. |
| 17 | Legal and professional services | 17 | | b | Energy efficient commercial bldgs deduction (attach Form 7205) | 27b | |

| | | | |
|---|---|---|---:|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27b . . . . . . . ▶ | 28 | 33,919. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 . . . . . . . . . . . . . . . | 29 | −7,699. |

30 Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions.

**Simplified method filers only:** Enter the total square footage of (a) your home: _____

and (b) the part of your home used for business: _____ . Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 . . . . . . . . | 30 |

| | | | |
|---|---|---|---:|
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | |

• If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions.) Estates and trusts, enter on **Form 1041, line 3.**

• If a loss, you **must** go to line 32. | 31 | −7,699. |

32 If you have a loss, check the box that describes your investment in this activity. See instructions.

• If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions.) Estates and trusts, enter on **Form 1041, line 3.**

• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

**32a** ☒ All investment is at risk.
**32b** ☐ Some investment is not at risk.

HIGHLY CONFIDENTIAL – PRIVACY RIGHTS

CLP-00860

CLP-000001

For Paperwork Reduction Act Notice, see the separate instructions.

BAA   REV 09/17/24 TTW   Schedule C (Form 1040) 2023

# SCHEDULE C
### (Form 1040 or 1040-SR)

Department of the Treasury
Internal Revenue Service (99)

# Profit or Loss From Business
#### (Sole Proprietorship)

▶ Go to *www.irs.gov/ScheduleC* for instructions and the latest information.

▶ **Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships generally must file Form 1065.**

OMB No. 1545-0074

**2019**

Attachment
Sequence No. **09**

Name of proprietor: Scott Memmer

Social security number (SSN): ▮▮▮▮▮▮▮

| | | |
|---|---|---|
| **A** | Principal business or profession, including product or service (see instructions)  Charmed Life Guitar Picks | **B** Enter code from instructions ▶ 3 2 6 1 0 0 |
| **C** | Business name. If no separate business name, leave blank.  Charmed Life Guitar Picks | **D** Employer ID number (EIN) (see instr.) |

**E** Business address (including suite or room no.) ▶ 10250 Eldora Avenue
City, town or post office, state, and ZIP code   Sunland, CA 91040

**F** Accounting method:   **(1)** ☒ Cash   **(2)** ☐ Accrual   **(3)** ☐ Other (specify) ▶ _____

**G** Did you "materially participate" in the operation of this business during 2019? If "No," see instructions for limit on losses   ☒ Yes   ☐ No

**H** If you started or acquired this business during 2019, check here   ▶ ☐

**I** Did you make any payments in 2019 that would require you to file Form(s) 1099? (see instructions)   ☐ Yes   ☒ No

**J** If "Yes," did you or will you file required Forms 1099?   ☐ Yes   ☐ No

## Part I   Income

| | | | |
|---|---|---|---|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked   ▶ ☐ | 1 | 16,664. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 16,664. |
| 4 | Cost of goods sold (from line 42) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 16,664. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6   ▶ | 7 | 16,664. |

## Part II   Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8 | Advertising | 8 | 0. | 18 | Office expense (see instructions) | 18 | |
| 9 | Car and truck expenses (see instructions) | 9 | | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b | Other business property | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 21 | Repairs and maintenance | 21 | |
| | | | | 22 | Supplies (not included in Part III) | 22 | |
| | | | | 23 | Taxes and licenses | 23 | |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | a | Travel | 24a | |
| 15 | Insurance (other than health) | 15 | | b | Deductible meals (see instructions) | 24b | |
| 16 | Interest (see instructions): | | | 25 | Utilities | 25 | 26,601. |
| a | Mortgage (paid to banks, etc.) | 16a | | 26 | Wages (less employment credits) | 26 | |
| b | Other | 16b | | 27a | Other expenses (from line 48) | 27a | 40. |
| 17 | Legal and professional services | 17 | | b | **Reserved for future use** | 27b | |

| | | | |
|---|---|---|---|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a   ▶ | 28 | 26,641. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | -9,977. |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method (see instructions). **Simplified method filers only:** enter the total square footage of: (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29.   • If a profit, enter on both **Schedule 1 (Form 1040 or 1040-SR), line 3** (or **Form 1040-NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.**   • If a loss, you **must** go to line 32. | 31 | -9,977. |
| 32 | If you have a loss, check the box that describes your investment in this activity (see instructions).   • If you checked 32a, enter the loss on both **Schedule 1 (Form 1040 or 1040-SR), line 3** (or **Form 1040-NR, line 13**) and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.**   • If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited. | 32a ☒ All investment is at risk.  32b ☐ Some investment is not at risk. | |

HIGHLY CONFIDENTIAL – PRIVACY RIGHTS

CLP00086 1

CLP-000001

**For Paperwork Reduction Act Notice, see the separate instructions.**   BAA   REV 08/20/20 TTW   Schedule C (Form 1040 or 1040-SR) 2019

# SCHEDULE C
# (Form 1040)

Department of the Treasury
Internal Revenue Service (99)

## Profit or Loss From Business
### (Sole Proprietorship)

▶ Go to *www.irs.gov/ScheduleC* for instructions and the latest information.
▶ **Attach to Form 1040, 1040-SR, 1040-NR, or 1041; partnerships generally must file Form 1065.**

OMB No. 1545-0074

**2020**

Attachment
Sequence No. **09**

| Name of proprietor | Social security number (SSN) |
|---|---|
| Scott Memmer | |

**A** Principal business or profession, including product or service (see instructions)
Music Accessory Manufacturing

**B** Enter code from instructions ▶ 3 2 6 1 0 0

**C** Business name. If no separate business name, leave blank.
Charmed Life Guitar Picks

**D** Employer ID number (EIN) (see instr.)

**E** Business address (including suite or room no.) ▶ 10250 Eldora Avenue
City, town or post office, state, and ZIP code    Sunland, CA 91040

**F** Accounting method:  (1) ☒ Cash  (2) ☐ Accrual  (3) ☐ Other (specify) ▶ _____

**G** Did you "materially participate" in the operation of this business during 2020? If "No," see instructions for limit on losses  ☒ Yes  ☐ No

**H** If you started or acquired this business during 2020, check here ▶ ☐

**I** Did you make any payments in 2020 that would require you to file Form(s) 1099? See instructions  ☐ Yes  ☒ No

**J** If "Yes," did you or will you file required Form(s) 1099?  ☐ Yes  ☐ No

## Part I  Income

| | | | |
|---|---|---|---:|
| 1 | Gross receipts or sales. See instructions for line 1 and check the box if this income was reported to you on Form W-2 and the "Statutory employee" box on that form was checked ▶ ☐ | 1 | 17,729. |
| 2 | Returns and allowances | 2 | |
| 3 | Subtract line 2 from line 1 | 3 | 17,729. |
| 4 | Cost of goods sold (from line 42) | 4 | |
| 5 | **Gross profit.** Subtract line 4 from line 3 | 5 | 17,729. |
| 6 | Other income, including federal and state gasoline or fuel tax credit or refund (see instructions) | 6 | |
| 7 | **Gross income.** Add lines 5 and 6 ▶ | 7 | 17,729. |

## Part II  Expenses. Enter expenses for business use of your home **only** on line 30.

| | | | | | | | |
|---|---|---:|---|---|---|---|---:|
| 8 | Advertising | 8 | 99. | 18 | Office expense (see instructions) | 18 | 2,428. |
| 9 | Car and truck expenses (see instructions) | 9 | | 19 | Pension and profit-sharing plans | 19 | |
| 10 | Commissions and fees | 10 | | 20 | Rent or lease (see instructions): | | |
| 11 | Contract labor (see instructions) | 11 | 175. | a | Vehicles, machinery, and equipment | 20a | |
| 12 | Depletion | 12 | | b | Other business property | 20b | |
| 13 | Depreciation and section 179 expense deduction (not included in Part III) (see instructions) | 13 | | 21 | Repairs and maintenance | 21 | |
| | | | | 22 | Supplies (not included in Part III) | 22 | 876. |
| | | | | 23 | Taxes and licenses | 23 | |
| | | | | 24 | Travel and meals: | | |
| 14 | Employee benefit programs (other than on line 19) | 14 | | a | Travel | 24a | 720. |
| 15 | Insurance (other than health) | 15 | 700. | b | Deductible meals (see instructions) | 24b | |
| 16 | Interest (see instructions): | | | 25 | Utilities | 25 | 2,029. |
| a | Mortgage (paid to banks, etc.) | 16a | 831. | 26 | Wages (less employment credits) | 26 | |
| b | Other | 16b | | 27a | Other expenses (from line 48) | 27a | 14,132. |
| 17 | Legal and professional services | 17 | 1,350. | b | **Reserved for future use** | 27b | |

| | | | |
|---|---|---|---:|
| 28 | **Total expenses** before expenses for business use of home. Add lines 8 through 27a ▶ | 28 | 23,340. |
| 29 | Tentative profit or (loss). Subtract line 28 from line 7 | 29 | -5,611. |
| 30 | Expenses for business use of your home. Do not report these expenses elsewhere. Attach Form 8829 unless using the simplified method. See instructions. **Simplified method filers only:** Enter the total square footage of (a) your home: _____ and (b) the part of your home used for business: _____. Use the Simplified Method Worksheet in the instructions to figure the amount to enter on line 30 | 30 | |
| 31 | **Net profit or (loss).** Subtract line 30 from line 29. | | |
| | • If a profit, enter on both **Schedule 1 (Form 1040), line 3,** and on **Schedule SE, line 2.** (If you checked the box on line 1, see instructions). Estates and trusts, enter on **Form 1041, line 3.** • If a loss, you **must** go to line 32. | 31 | -5,611. |

**32** If you have a loss, check the box that describes your investment in this activity. See instructions.

• If you checked 32a, enter the loss on both **Schedule 1 (Form 1040), line 3**, and on **Schedule SE, line 2.** (If you checked the box on line 1, see the line 31 instructions). Estates and trusts, enter on **Form 1041, line 3.**
• If you checked 32b, you **must** attach **Form 6198.** Your loss may be limited.

**32a** ☒ All investment is at risk.
**32b** ☐ Some investment is not at risk.

HIGHLY CONFIDENTIAL – PRIVACY RIGHTS    CLP-000001
CLP000862

For Paperwork Reduction Act Notice, see the separate instructions.    BAA    REV 03/06/21 TTW    Schedule C (Form 1040) 2020

# Exhibit 5

www.charmedlife.com website "Sales" page
June 22, 2026

CASE NO.  2:25-cv-03167-RGK (ASx)
DECLARATION OF JACOB G. HORTON IN SUPPORT OF PLAINTIFF'S MOTION



**Free Shipping on Every Order, Every Day of the Year.**

READ OUR REVIEW IN ACOUSTIC GUITAR MAG!

## Charmed Life Picks

🛒 Cart 0

home     about us     shop     reviews     contact     Vespel Gauntlet     TruGr

proudly handcrafted in the USA

**Store is Open**

## Cabernet Casein w Shamrock



**1.15 mm cabernet casein teardrop -- Industry Exclusive Material!**

**$50.00**

Add to Cart

**1.0 mm cabernet casein small triangle**

**$50.00**

Add to Cart

**1.15 mm cabernet casein lg triangle -- Industry Exclusive Material**

**$50.00**

Add to Cart

## artisan flame casein



artisan flame casein 1.15 & 1.50 teardrop

$45.00

Add to Cart

artisan flame casein 1.15 mm triangle

$45.00

Add to Cart

artisan flame casein 1.50 mm triangle

$45.00

Add to Cart

# NEW! TruGrass -- "more bang, less bucks!"

(half the price of other boutique brands)







TruGrass .75 mm teardrop two-pack

$45.00 $39.95

Add to Cart

1.0 mm or 1.25 mm teardrop two-pack

$45.00 $39.95

Add to Cart

TruGrass .75 mm Triangles two-pack

$45.00 $39.95

Add to Cart







TruGrass 1.0 mm Triangles two-pack

$45.00 $39.95

Add to Cart

1.25 mm TruGrass Tri Two-Pack

$45.00 $39.95

Add to Cart

choose 1.40 mm or 1.60 mm thickness TruGrass Tris

$45.00 $39.95

Add to Cart

## thin high-performance casein



nf-75ss -- thinnest high-performance casein teardrop in the industry

$45.00

Add to Cart

nfb-75ss -- the thinnest high-performance casein teardrop in the industry

$50.00

Add to Cart

# Vespel gauntlet




.90 mm gauntlet jazz iii          1.0 mm gauntlet teardrop

Out of stock                      Out of stock

## aerospace thermoplastics

entry-level polyimide




clf-75 mm polyimide          clt-75ss polyimide
teardrop                     triangle

Out of stock                 Out of stock

## charmed life blonde ketone aerospace polymer




.75 mm & 1.0 mm blonde       .75 mm, 1.0 mm & 1.50
aerospace teardrop           mm blonde aerospace
                             triangle
$40.00
                             $40.00

Add to Cart                  Add to Cart

## sea turtle rescue models
### includes $10 donation




Sea Turtle 1.0 mm polyimide    Sea Turtle Fundraiser 1.0 mm
teardrop                       Polyimide Triangle

$50.00                         $50.00

Add to Cart                    Add to Cart




st-1.15 mm cerulean casein    st-1.40 mm cerulean casein
teardrop                      triangle

$50.00                        $50.00

Add to Cart                   Add to Cart

## charmed life black aerospace polymer

sleek, quick, a smooth bite




popular




black aerospace .75 & 1.0 mm

$40.00

Add to Cart

black aerospace 1.0 & 1.40 mm

$40.00

Add to Cart

ifr-1.50 mm inlaid teardrop in Cabernet Casein

$99.00

Add to Cart

2.0 mm inlaid iridescent Cabernet Casein Triangle

$99.00

Add to Cart



**CharmedLifePicks@Gmail.com**

**artisan flame casein**

*smooth, warm, quiet, balanced*