UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 25-03167-RGK (ASx) | Date | July 1, 2026 |
|---|---|---|---|
| Title | Blue Chip Machining Inc. v. Scott Memmer, et al. | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|

| Alma Felix | |
|---|---|
| Deputy Clerk | Court Smart / Recorder |
| Attorney Present for Plaintiff: | Attorney Present for Defendant: |
| Colin Fraser, Jacob Horton | Scott Memmer, appearing *pro se* |

**Proceedings:    (IN CHAMBERS) ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR CONTEMPT AND SANCTIONS (DKT. NO. 100)**

On March 12, 2026, Plaintiff Blue Chip Machining, Inc. ("Plaintiff") filed an Amended Motion for Sanctions and Contempt, accompanied by the Declaration of Colin Fraser and Exhibits A-D. (Dkt. No. 100).  Defendant Scott Memmer did not file an opposition.

A hearing was held by video teleconference on April 14, 2026.  The Court, having reviewed the motion and the arguments presented at the hearing, and for the reasons stated at the hearing, issued the following Order:

Plaintiff's motion for an order granting terminating sanctions and motion for issue and evidentiary sanctions is DENIED as moot, given the April 9, 2026 Order granting Plaintiff's motion for summary judgment on Plaintiff's claims and Defendant's counterclaims. *See* Dkt. No. 122.

Plaintiff's request for a certification of facts to District Judge Klausner in support of its motion for an order finding Defendant in civil contempt for defying the Court's January 29, 2026 Order granting Plaintiff's motion to compel responses to discovery requests and attorneys' fees and the Court's February 20, 2026 Order directing Defendant to pay $17,615 in attorneys' fees is GRANTED.  The Court will issue a Certification and Order to Show Cause Re Contempt.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 25-03167-RGK (ASx) | Date | July 1, 2026 |
|---|---|---|---|
| Title | Blue Chip Machining Inc. v. Scott Memmer, et al. | | |

Plaintiff's request for attorney's fees incurred in filing the motion for contempt is GRANTED.  The parties are ORDERED to meet and confer regarding the reasonable amount of fees incurred by Plaintiff in filing the motion for contempt and if the parties cannot  agree on an amount, Plaintiff's counsel shall file a declaration summarizing the fees incurred  in preparing the motion with relevant supporting documents, no later than July 21, 2026.  Privileged subject matter may be redacted from any billing records submitted.

**IT IS SO ORDERED.**

cc:  R. Gary Klausner
      United States District Judge

<u>    0     </u>  :  <u>  12    </u>