Colin W. Fraser (SBN CA 266867)
frasercw@gtlaw.com
GREENBERG TRAURIG, LLP
18565 Jamboree Road, Suite 500
Irvine, California 92612
Tel: 949.732.6500

Bethany Rabe (SBN CA 270682)
rabeb@gtlaw.com
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Tel: 702.792.3773

Jacob G. Horton (*Pro Hac Vice*)
jhorton@blanchard-patent.com
BLANCHARD HORTON, PLLC
40 New York Avenue
Post Office Box 567
Oak Ridge, Tennessee 37831
Tel: 865.369.2673

Attorneys for Plaintiff
BLUE CHIP MACHINING, INC.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE CHIP MACHINING, INC., a Tennessee Corporation,<br><br>          Plaintiff,<br><br>v.<br><br>SCOTT MEMMER d/b/a CHARMED LIFE PICKS, a California Individual and Sole Proprietorship, and CHARMED LIFE GUITAR PICKS & ACCESSORIES, INC., a California Corporation,<br><br>          Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO.  2:25-cv-03167-RGK (ASx)<br><br>Assigned to Hon. R. Gary Klausner<br>Mag. Judge: Alka Sagar<br><br>**DECLARATION OF COLIN W. FRASER IN SUPPORT OF COURT-ORDERED ATTORNEYS FEES**<br><br>Complaint Filed: April 10, 2025 |

DECLARATION OF COLIN W. FRASER IN SUPPORT OF COURT-ORDERED ATTORNEYS' FEES

## DECLARATION OF COLIN W. FRASER

I, Colin W. Fraser, declare as follows:

1.     I have personal knowledge of the matters set forth herein and, if called to testify, could and would testify competently thereto under oath.

2.     I am an attorney licensed to practice in the State of California and a Shareholder at Greenberg Traurig, LLP, counsel of record for Plaintiff Blue Chip Machining, Inc. ("Blue Chip") in the above-captioned matter.

3.     I make this declaration pursuant to the Court's order of July 1, 2026, granting in part and denying in part Blue Chip's motion for contempt and sanctions. ECF No. 132. The Court's Order provides, in relevant part: "The parties are ORDERED to meet and confer regarding the reasonable amount of fees incurred by Plaintiff in filing the motion for contempt and if the parties cannot agree on an amount, Plaintiff's counsel shall file a declaration summarizing the fees incurred to prepare the motion with relevant supporting documents, no later than July 21, 2026. Privileged subject matter may be redacted from any billing records submitted."

4.     The parties scheduled a meet-and-confer conference for July 14, 2026. Prior to the meet and confer, I provided Mr. Memmer with the redacted invoices that are attached hereto as **Exhibit A**.  These are true and correct copies of my law firm's invoices to Blue Chip showing the fees incurred in drafting the motion and attending the hearing on the motion. The invoices have been redacted for privilege. Fee entries that are not being requested in connection with this motion are redacted in their entirety.

5.     On July 14, 2026, my co-counsel Jacob Horton and I met and conferred with Defendant Scott Memmer via Zoom videoconference regarding the fees incurred in drafting the contempt motion and attending the hearing on the same. During that meeting, we explained that Blue Chip was demanding the full amount reflected in our invoices (i.e., $12,397), as well as the amounts we will incur appearing at the hearing. Mr. Memmer declined to pay any of the fees and did not raise any specific objections to the billed fees.

6.     The total attorneys' fees that Blue Chip has incurred preparing its motion for contempt amount to $12,397. Blue Chip requests that the Court award it the full amount. This does *not* include fees for drafting this declaration or fees incurred during the process of meeting and conferring.  In preparing the motion for contempt, I billed 5.1 hours at a rate of $950/hour, Las Vegas attorney Bethany Rabe billed 5.5 hours at a rate of $600/hour, and two California associate attorneys billed 1 hour at $595/hour and 4.6 hours at $795/hour.  The total number of hours my firm billed on this contempt motion was 16.2 hours. We are billing Blue Chip at reduced rates in this case. My regular rate is $1,230/hour, Ms. Rabe's regular rate is $785/hour, and the associates' (who practice in San Francisco) regular rates are $1395/hour and $995/hour, respectively.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 21st day of July, 2026 in Irvine, California.

_____
Colin W. Fraser

CASE NO.  2:25-cv-03167-RGK (ASx)

DECLARATION OF COLIN W. FRASER IN SUPPORT OF COURT-ORDERED ATTORNEYS' FEES