# EXHIBIT A



Page  :   1
Date  :   May 4, 2026
Client No.  :   234195.010100
Invoice No.  :   1001376806
Tax ID  :   ███████

Blue Chip Machining, Inc. d/b/a BlueChip Picks
211 J.D. Yarnell Industrial Parkway
Clinton, TN  37716

Scott Memmer dba Charmed Life Picks

BLR:LC

 GreenbergTraurig

Page : 2
Date : May 4, 2026
Client No. : 234195.010100
Invoice No. : 1001376806
Tax ID : ███████

| | | | | |
|---|---|---|---|---|
| ████ | ███ | ████████████████ | ████ | ████ |
| | | ████████████████ | | |
| ████ | ███ | ████████████████ | ████ | ████ |
| | | ████████████████ | | |
| ████ | ███ | ████████████████ | ████ | ████ |
| | | ██████ | | |
| ████ | ███ | ████████████████ | ████ | ████ |
| | | ████████████████ | | |
| | | ██████████████ | | |
| | | ████████████████ | | |
| | | █████ | | |
| ████ | ███ | ████████████████ | ████ | ████ |
| | | ██████████████ | | |
| | | ███████████████ | | |
| | | ██████ | | |
| 04/13/26 | CWF | Review and respond to emails with Bethany Rabe and Jake Horton concerning hearing on motion contempt against Memmer. | 0.20 hrs. | 190.00 |
| 04/14/26 | CWF | Prepare for and attend hearing on Blue Chip motion for sanctions against Defendants and hold calls with Jake Horton and Matt Goines to ██████████. | 2.70 hrs. | 2,565.00 |
| ████ | ███ | ████████████████ | ████ | ███ |
| | | █████████████ | | |
| | | ███████████ | | |

BLR:LC

Greenberg Traurig, LLP | Attorneys at Law | 10845 Griffith Peak Drive | Suite 600 | Las Vegas, Nevada 89135
Tel 702.792.3773 | Fax 702.792.9002 | www.gtlaw.com

 **GT** GreenbergTraurig

Page : 3
Date : May 4, 2026
Client No. : 234195.010100
Invoice No. : 1001376806
Tax ID : ██████████

### Timekeeper Summary

| Timekeeper | Hours | | Average Rate | Total | |
|---|---|---|---|---|---|
| Colin W. Fraser | ██ | 2.90 | 950.00 | ██████ | 2,755.00 |
| Bethany L. Rabe | ██ | | ██████ | ██████ | |
| **TOTAL:** | ██ | 2.90 | ██████ 950.00 | ██████ | $2,755.00 |

Current Services Rendered:    $ 2,755.00   ██████████

**Expenses:**

██████████

**Total Current Fees and Expenses:**    $ 2,755.00   ██████████

BLR:LC

Greenberg Traurig, LLP | Attorneys at Law | 10845 Griffith Peak Drive | Suite 600 | Las Vegas, Nevada 89135
Tel 702.792.3773 | Fax 702.792.9002 | www.gtlaw.com



Page :  1
Date :  April 9, 2026
Client No. :  234195.010100
Invoice No. :  1001352329
Tax ID :  ▓▓▓▓▓▓

Blue Chip Machining, Inc. d/b/a BlueChip Picks
211 J.D. Yarnell Industrial Parkway
Clinton, TN  37716

Scott Memmer dba Charmed Life Picks

| | | | | |
|---|---|---|---|---|
| ▆▆▆ | ▆▆ | ▆▆▆▆▆▆▆▆▆ | ▆▆ | ▆▆ |
| ▆▆▆ | ▆▆ | ▆▆▆▆▆▆▆▆▆▆ | ▆▆ | ▆▆ |
| ▆▆▆ | ▆▆ | ▆▆▆▆▆▆▆▆ | ▆▆ | ▆▆ |
| ▆▆▆ | ▆▆ | ▆▆▆▆▆▆▆▆▆▆ | ▆▆ | ▆▆ |
| ▆▆▆ | ▆▆ | ▆▆▆▆▆ | ▆▆ | ▆▆ |
| 03/04/26 | CWF | Organize arguments and materials for Blue Chip motion for contempt against Scott Memmer and discuss same with Bethany Rabe. | 1.00 hrs. | 950.00 |
| ▆▆▆ | ▆ | ▆▆▆▆▆▆▆▆▆ | ▆▆ | ▆▆ |

BLR:LC

Greenberg Traurig, LLP | Attorneys at Law | 10845 Griffith Peak Drive | Suite 600 | Las Vegas, Nevada 89135
Tel 702.792.3773 | Fax 702.792.9002 | www.gtlaw.com



Page :    2
Date :    April 9, 2026
Client No. :    234195.010100
Invoice No. :    1001352329
Tax ID :    ████████

BLR:LC

Greenberg Traurig, LLP | Attorneys at Law | 10845 Griffith Peak Drive | Suite 600 | Las Vegas, Nevada 89135
Tel 702.792.3773 | Fax 702.792.9002 | www.gtlaw.com

 GT GreenbergTraurig

Page : 3
Date : April 9, 2026
Client No. : 234195.010100
Invoice No. : 1001352329
Tax ID : █████████

| ███ | ██ | ████████████████████ | ███ | ███ |
|---|---|---|---|---|
| | | ████████████████ | | |
| | | █████████████████ | | |
| | | █████████████████ | | |
| | | ██████████████████ | | |
| | | ██████████ | | |
| 03/04/26 | KW | Review filings and documents in order to draft motion on sanctions. | 0.90 hrs. | 715.50 |
| ███ | ██ | ████████████████████ | ███ | ███ |
| | | ████████████████ | | |
| | | █████████████████ | | |
| | | ██ | | |
| ███ | ██ | ████████████████████ | ███ | ███ |
| | | █████████████████ | | |
| 03/05/26 | KW | Continue revising motion for sanctions and contempt in Blue Chip; research regarding █████████ ███████████; research ██████████████ ████ | 2.00 hrs. | 1,590.00 |
| ███ | ██ | ████████████████████ | ███ | ███ |
| | | ████████████████ | | |
| | | █████████████████ | | |
| | | █████████████████ | | |
| | | ███████ | | |
| 03/06/26 | NF | Cite check motion for sanctions; draft proposed order; edit moving papers. | 1.00 hrs. | 595.00 |
| ███ | ██ | ████████████████████ | ███ | ███ |
| | | ████████████████ | | |
| | | ██████████████████ | | |
| | | ████████ | | |
| ███ | ██ | ████████████████████ | | ███ |

BLR:LC

Greenberg Traurig, LLP | Attorneys at Law | 10845 Griffith Peak Drive | Suite 600 | Las Vegas, Nevada 89135
Tel 702.792.3773 | Fax 702.792.9002 | www.gtlaw.com

**GT** GreenbergTraurig

|  |  |
|---|---|
| Page : | 4 |
| Date : | April 9, 2026 |
| Client No. : | 234195.010100 |
| Invoice No. : | 1001352329 |
| Tax ID : | ███████ |

| Date | Init. | Description | Hours | Amount |
|------|-------|-------------|-------|--------|
| | | ██████████████████ ██████████████████ ████ | | |
| 03/06/26 | KW | Continue finalizing Blue Chip motion for sanctions and reviewing and finalizing case law, draft additions to motion and Fraser declaration review ; additional research on ███████ ███████████ ███████████ | 1.70 hrs. | 1,351.50 |
| ███ | ███ | ████████████ ██████████ | ███ | ███ |
| 03/06/26 | BLR | Edit motion for terminating sanctions, evidentiary sanctions, and contempt, including ██████████ ███████████████████ ; edit C. Fraser declaration and proposed order prepared by associates. | 5.50 hrs. | 3,300.00 |
| ███ | ███ | ████████████ ███████████ ███████████ ██████ | ███ | ███ |
| ███ | ███ | ████████████ ███████████ ███████████ ██████ | ███ | ███ |
| ███ | ███ | ████████████ ███████████ ██████████ ██████ | ███ | ███ |
| ███ | ███ | ████████████ ██████████ | ███ | ███ |
| ███ | ███ | ████████████ ███████████ | ███ | ███ |

BLR:LC

Greenberg Traurig, LLP | Attorneys at Law | 10845 Griffith Peak Drive | Suite 600 | Las Vegas, Nevada 89135
Tel 702.792.3773 | Fax 702.792.9002 | www.gtlaw.com



**GT** GreenbergTraurig

Page : 5
Date : April 9, 2026
Client No. : 234195.010100
Invoice No. : 1001352329
Tax ID : ███████

| | | | | |
|---|---|---|---|---|
| 03/12/26 | CWF | Review Order from court regarding our contempt motion and coordinate filing of revised declaration supporting same to meet requirement of LR 7-3. | 1.20 hrs. | 1,140.00 |

BLR:LC

Greenberg Traurig, LLP | Attorneys at Law | 10845 Griffith Peak Drive | Suite 600 | Las Vegas, Nevada 89135
Tel 702.792.3773 | Fax 702.792.9002 | www.gtlaw.com



Greenberg Traurig, LLP | Attorneys at Law | 10845 Griffith Peak Drive | Suite 600 | Las Vegas, Nevada 89135
Tel 702.792.3773 | Fax 702.792.9002 | www.gtlaw.com



Page : 7
Date : April 9, 2026
Client No. : 234195.010100
Invoice No. : 1001352329
Tax ID : ███████

BLR:LC



Page : 8
Date : April 9, 2026
Client No. : 234195.010100
Invoice No. : 1001352329
Tax ID : ▮



### Timekeeper Summary

| Timekeeper | Hours | Average Rate | Total |
|---|---|---|---|
| Colin W. Fraser | 2.2 | 950.00 | 2,090.00 |
| Bethany L. Rabe | 5.5 | 600.00 | 3,300.00 |
| Natalie Felsen | 1.0 | 595.00 | 595.00 |
| Kristin O'Carroll | 4.6 | 795.00 | 3,657.00 |
| **TOTAL:** | 13.3 | 735 | $9,642.00 |

Current Services Rendered:     $ 9,642.00

**Expenses:**

Greenberg Traurig, LLP | Attorneys at Law | 10845 Griffith Peak Drive | Suite 600 | Las Vegas, Nevada 89135
Tel 702.792.3773 | Fax 702.792.9002 | www.gtlaw.com



Page      :   9
Date      :   April 9, 2026
Client No.  :   234195.010100
Invoice No.  :   1001352329
Tax ID    :   ████████████

BLR:LC

Greenberg Traurig, LLP | Attorneys at Law | 10845 Griffith Peak Drive | Suite 600 | Las Vegas, Nevada 89135
Tel 702.792.3773 | Fax 702.792.9002 | www.gtlaw.com



| Page | : | 10 |
|------|---|----|
| Date | : | April 9, 2026 |
| Client No. | : | 234195.010100 |
| Invoice No. | : | 1001352329 |
| Tax ID | : | ████████ |

**Total Current Fees and Expenses:**    $ _____ ████

████████████████████████

███████████████████    ____████____

BLR:LC

Greenberg Traurig, LLP | Attorneys at Law | 10845 Griffith Peak Drive | Suite 600 | Las Vegas, Nevada 89135
Tel 702.792.3773 | Fax 702.792.9002 | www.gtlaw.com