## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**AMENDED**

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-03167-RGK-AS | Date | August 3, 2026 |
| Title | Blue Chip Machining, Inc. v. Scott Memmer, et al. | | |

Present: The Honorable    R. GARY KLAUSNER, U.S. District Judge

| Joseph Remigio | Lidia Perez |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Jacob Horton / Darshan Patel | Scott Memmer, pro se |

**Proceedings:**      **HEARING ON ORDER TO SHOW CAUSE RE CONTEMPT**

The case is called. Counsel and pro se defendant Scott Memmer make their appearance.

As more fully reflected on the record, the Court hears argument from both parties regarding defendant's contempt.

The Court finds defendant in contempt and orders as follows:

As to the attorney fees in the amount of $17,615 ordered to be paid by Defendant Memmer on February 20, 2026, Defendant Memmer shall immediately pay to Plaintiff $250.00 no later than 4:00 p.m. every Friday, until paid in full. An additional sanction of $500 will be added to the weekly payment for any late or unpaid payment, for a total sum of $750 for each week of a late or unpaid payment.

IT IS SO ORDERED.

cc. AS_Chambers@cacd.uscourts.gov

| | : | 06 |
|---|---|---|
| | Initials of Preparer | jre |

CV-90 (10/08)                    CIVIL MINUTES - GENERAL                    Page 1 of 1