Colin W. Fraser (SBN CA 266867)
frasercw@gtlaw.com
GREENBERG TRAURIG, LLP
18565 Jamboree Road, Suite 500
Irvine, California 92612
Tel: 949.732.6500

Bethany Rabe (SBN CA 270682)
rabeb@gtlaw.com
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Tel: 702.792.3773

Jacob G. Horton (*Pro Hac Vice*)
jhorton@blanchard-patent.com
BLANCHARD HORTON, PLLC
40 New York Avenue
Post Office Box 567
Oak Ridge, Tennessee 37831
Tel: 865.369.2673

Attorneys for Plaintiff
BLUE CHIP MACHINING, INC.

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE CHIP MACHINING, INC., a Tennessee Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SCOTT MEMMER d/b/a CHARMED LIFE PICKS, a California Individual and Sole Proprietorship, and CHARMED LIFE GUITAR PICKS & ACCESSORIES, INC., a California Corporation,<br><br>    Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO.  2:25-cv-03167-RGK (ASx)<br><br>Assigned to Hon. R. Gary Klausner<br>Mag. Judge: Alka Sagar<br><br>**DECLARATION OF JACOB G. HORTON IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT**<br><br>Hearing Date: September 14, 2026<br>Time: 9:00 a.m.<br>Crt. Rm: 850<br><br>Complaint Filed: April 10, 2025 |

DECLARATION OF JACOB G. HORTON IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT

## DECLARATION OF JACOB G. HORTON

I, Jacob G. Horton, declare as follows:

1.     I have personal knowledge of the matters set forth herein and, if called to testify, could and would testify competently thereto under oath.

2.     I am an attorney licensed to practice in the State of Tennessee and a Member/Shareholder at Blanchard Horton PLLC, counsel of record for Plaintiff Blue Chip Machining, Inc. ("Blue Chip") in the above-captioned matter.  I am admitted pro hac vice in this case.

3.     On August 6, 2026, I conducted a meet and confer pursuant to LR 7-3 with defendant Scott Memmer, who is the principal of Charmed Life Guitar Picks & Accessories, Inc. ("Charmed Life").  During the meet and confer, Mr. Memmer and I discussed the Court's Order dated August 4, 2026 in this case, and specifically, the portion of the Order in which the Court directed Plaintiff Blue Chip to "file a motion for default judgment, to set aside default, or to dismiss Charmed Life within ten (10) days of issuance of this Order."  I informed Mr. Memmer that Blue Chip intended to file a motion for default judgment against Charmed Life on or before August 14, 2026.  I inquired whether Mr. Memmer would consent on behalf of Charmed Life to entry of default judgment against Charmed Life.  Mr. Memmer indicated that he would not consent.

4.     Pursuant to LR 55-1:

        a.  Default was taken against Charmed Life Guitar Picks & Accessories, Inc. on February 18, 2026 (ECF No. 89).

        b.  The pleading to which default was entered was the Second Amended Complaint, ECF No. 64.

        c.  The defaulting party is not an infant or an incompetent person.

        d.  The Servicemembers Civil Relief Act does not apply.

        e.  Notice of the hearing is being served on the defaulting party contemporaneously with this motion, which is at least seven (7) days before the hearing on the motion for default judgment.

DECLARATION OF JACOB G. HORTON IN SUPPORT OF DEFAULT JUDGMENT

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed this 14th day of August, 2026 in Oak Ridge, Tennessee.

Jacob G. Horton

CASE NO.　2:25-cv-03167-RGK (ASx)

DECLARATION OF JACOB G. HORTON IN SUPPORT OF DEFAULT JUDGMENT