Colin W. Fraser (SBN CA 266867)
frasercw@gtlaw.com
GREENBERG TRAURIG, LLP
18565 Jamboree Road, Suite 500
Irvine, California 92612
Tel: 949.732.6500

Bethany Rabe (SBN CA 270682)
rabeb@gtlaw.com
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Tel: 702.792.3773

Jacob G. Horton (*Pro Hac Vice*)
jhorton@blanchard-patent.com
BLANCHARD HORTON, PLLC
40 New York Avenue
Post Office Box 567
Oak Ridge, Tennessee 37831
Tel: 865.369.2673

Attorneys for Plaintiff
BLUE CHIP MACHINING, INC.

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUE CHIP MACHINING, INC., a Tennessee Corporation,<br><br>　　　Plaintiff,<br><br>v.<br><br>SCOTT MEMMER d/b/a CHARMED LIFE PICKS, a California Individual and Sole Proprietorship, and CHARMED LIFE GUITAR PICKS & ACCESSORIES, INC., a California Corporation,<br><br>　　　Defendants.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO.  2:25-cv-03167-RGK (ASx)<br><br>Assigned to Hon. R. Gary Klausner<br>Mag. Judge: Alka Sagar<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF BLUE CHIP MACHINING, INC.'S MOTION FOR DEFAULT JUDGMENT**<br><br>Date:  September 14, 2026<br>Time: 9:00 a.m.<br>Crt. Rm.: 850<br><br>Complaint Filed: April 10, 2025 |

# [PROPOSED] ORDER

Before the Court is Plaintiff Blue Chip Machining, Inc.'s (Blue Chip) Motion for Default Judgment. Having considered the papers, arguments, and record in this case, the Court finds good cause for the relief sought and hereby **GRANTS** Blue Chip's Motion.

The Court **ORDERS** as follows:

1.    The Motion is GRANTED.

2.    Default judgment is entered against defendant Charmed Life Guitar Picks & Accessories, Inc.

3.    Permanent injunctive relief is granted, as laid out in ECF 140.

4.    Defendants are jointly and severally liable for money damages in the amount of $227,530, as laid out in ECF 140.

5.    This is an "exceptional case," as laid out in ECF 140.

6.    The Clerk shall enter final judgment against both Defendants.

**IT IS SO ORDERED.**

Dated: _____, 2026        _____
                                              Honorable R. Gary Klausner