Scott Memmer, Pro Se
charmedlifepicks@gmail.com
10250 Eldora Ave.
Sunland, CA 91040

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BLUE CHIP MACHINING, INC., a Tennessee Corporation,<br>Plaintiff,<br>v.<br>SCOTT MEMMER d/b/a CHARMED LIFE PICKS, a California Individual and Sole Proprietorship,<br>Defendant. | CASE NO. 2:25-cv-03167-RGK<br>Magistrate Judge Alka Sagar |
| SCOTT MEMMER d/b/a CHARMED LIFE PICKS, a California Individual and Sole Proprietorship,<br>Counterclaimant,<br>v.<br>BLUE CHIP MACHINING, INC., a Tennessee Corporation, MATTHEW GOINS, a Tennessee Individual, ALLEN GOINS, a Tennessee Individual.<br>Counterdefendants. | **DECLARATION OF SCOTT MEMMER REGARDING COMPLIANCE WITH AUGUST 4, 2026 ORDER AND PERMANENT INJUNCTION** |

**DECLARATION OF SCOTT MEMMER**

I, Scott Memmer, declare as follows:

1. I am Defendant Scott Memmer in this action and am appearing pro se. I have personal knowledge of the matters stated in this declaration and, if called as a witness, could and would testify competently to them.

2. On April 9, 2026, the Court entered its Order Re: Blue Chip Machining, Inc.'s Motion for Summary Judgment (ECF No. 122), which included permanent injunctive relief. On August 4, 2026, the Court entered its Order Re: Blue Chip Machining, Inc.'s Motion for Judgment (ECF No. 140), incorporating the earlier permanent injunction and ordering additional website-related injunctive relief.

3. ECF No. 140 ordered Defendants to remove from www.charmedlifepicks.com all listings, images, descriptions, and references to polyimide guitar picks bearing or depicting Plaintiff's Brown Mark, Brown-Gold Mark, or any colorable imitation thereof, and to remove comparative advertising referencing Plaintiff or its products that creates a false impression of affiliation or endorsement.

4. In compliance with the August 4, 2026 Order, I removed from www.charmedlifepicks.com all listings, images, descriptions, and references to polyimide guitar picks bearing or depicting Plaintiff's Brown Mark, Brown-Gold Mark, or any colorable imitation thereof.

5. I also removed from www.charmedlifepicks.com comparative advertising referencing Blue Chip Machining, Inc. or its products that creates a false impression of affiliation or endorsement.

6. As of the date of this declaration, I have reviewed the relevant portions of www.charmedlifepicks.com and confirm that the website does not contain the material described in paragraphs 4 and 5 above.

7. I understand that the permanent injunction entered on April 9, 2026, as incorporated in the August 4, 2026 Order, remains in effect. I submit this declaration pursuant to ECF No. 140 to confirm compliance with the Court's August 4, 2026 website-related directive.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: August 27, 2026.

Scott Memmer

Scott Memmer, Defendant *Pro Se*

**CERTIFICATE OF SERVICE**

I certify that on AUGUST 3, 2026, I filed the foregoing Declaration of Scott Memmer Regarding Compliance with August 4, 2026 Order and Permanent Injunction through the Court's

CM/ECF system, which provided electronic notice to counsel of record for Plaintiff Blue Chip Machining, Inc.

Scott Memmer