Colin W. Fraser (SBN CA 266867)
GREENBERG TRAURIG, LLP
18565 Jamboree Road, Suite 500
Irvine, California 92612
Tel: 949.732.6500 Fax: 949.732.6501
frasercw@gtlaw.com

Bethany Rabe (SBN CA 270682)
GREENBERG TRAURIG, LLP
10845 Griffith Peak Drive, Suite 600
Las Vegas, Nevada 89135
Tel: 702.792.3773 Fax: 702.792.9002
rabeb@gtlaw.com

Jacob G. Horton (*Pro Hac Vice*)
BLANCHARD HORTON, PLLC
40 New York Avenue
Post Office Box 567
Oak Ridge, Tennessee 37831
Tel: 865.369.2673
jhorton@blanchard-patent.com

Attorneys for Plaintiff
BLUE CHIP MACHINING, INC.

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

BLUE CHIP MACHINING, INC., a Tennessee Corporation,

Plaintiff,

v.

SCOTT MEMMER d/b/a CHARMED LIFE PICKS, a California Individual and Sole Proprietorship,

Defendants.

AND RELATED COUNTERCLAIMS.

CASE NO. 2:25-cv-03167-RGK (ASx)

Assigned to Hon. R. Gary Klausner
Mag. Judge: Alka Sagar

**NOTICE OF PENDING BANKRUPTCY PURSUANT TO L.R. 83-1**

Complaint Filed: April 10, 2025

Pursuant to Local Rule 83-1, Plaintiff Blue Chip Machining, Inc. ("Blue Chip") hereby informs the Court of the pendency of a related action.

On September 11, 2026, individual defendant Scott Memmer filed for Chapter 13 bankruptcy protection in the Bankruptcy Court for the Central District of California (Los Angeles), Bankruptcy Petition No. 2:26-bk-19225-WB. Mr. Memmer's attorney in that proceeding is listed as:

Richard A. Brownstein
Haberbush, LLP
444 West Ocean Blvd, Suite 1400
Long Beach, CA 90802
562-435-3456

Blue Chip is listed as an unsecured creditor in that proceeding as a result of the partial judgment[1] against Mr. Memmer arising out of the instant matter.

On information and belief, Defendant Charmed Life Guitar Picks & Accessories, Inc. has not filed for bankruptcy protection. It is Blue Chip's understanding that the motion for default judgment pending against Charmed Life Guitar Picks & Accessories, Inc. remains ripe for adjudication and is not impacted by Mr. Memmer's bankruptcy filing.

DATED: September 18, 2026 GREENBERG TRAURIG, LLP

By */s/ Colin W. Fraser*
Colin W. Fraser
Bethany Rabe

Attorneys for Plaintiff
BLUE CHIP MACHINING, INC.

[1] Final judgment in this matter has not yet been entered.