UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:25-cv-03167-RGK-AS | Date | September 18, 2026 |
| Title | ***Blue Chip Machining, Inc. v. Scott Memmer et al*** | | |

| | |
|---|---|
| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE |

| | | |
|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| | |
|---|---|
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order Re: Automatic Stay for Defendant Scott Memmer's Chapter 13 Bankruptcy**

On January 16, 2026, Plaintiff Blue Chip Machining, Inc. filed the operative Second Amended Complaint ("SAC") against Defendants Scott Memmer and Charmed Life Guitar Picks & Accessories, Inc. ("Charmed Life"), asserting claims for trademark infringement and unfair competition. (ECF No. 64.) On February 18, 2026, the Court found Charmed Life in default for failure to appear or otherwise respond to Plaintiff's SAC. (ECF No. 89.) On April 9, 2026, the Court granted Plaintiff's Motion for Summary Judgment as to all of its affirmative claims and Memmer's Counterclaims in favor of Plaintiff. (ECF No. 122.) On August 4, 2026, the Court granted Plaintiff's Motion for Judgment, which the Court treated as a motion for partial summary judgment on the issue of damages. (ECF No. 140.) On August 14, 2026, Plaintiff filed a Motion for Default Judgment against Charmed Life (ECF No. 143), which the Court has yet to rule. On September 18, 2026, Plaintiff filed a Notice of Pending Bankruptcy as to Defendant Memmer.

Pursuant to 11 U.S.C. § 362, a bankruptcy petition "operates as a stay, applicable to all entities, of . . . the commencement or continuation . . . of a judicial . . . action or proceeding against the debtor that was or could have been commenced" before the bankruptcy proceedings. 11 U.S.C. § 362(a)(1).

In light of the foregoing, the current action is automatically stayed as to Defendant Memmer only.

**IT IS SO ORDERED.**

: 

Initials of Preparer JRE